```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-31-20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
        U.S.A.

         -V-

        Ovalle

------------------------------------X

#20 CR 297 (JFK)

The conference is adjourned from September 10, 2020 to October 14, 2020 at 11:00 a.m. in Courtroom 20-C. The time between September 10 and October 14, 2020 is excluded

SO ORDERED.

Dated: New York, New York

8-31-20

*John F. Keenan*
JOHN F. KEENAN
United States District Judge