UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

U.S.A.

-V-                                       # 20 cr. 297 (JFK)

Ovalle

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

The conference in this case is adjourned from October 14, 2020 to October 15, 2020 at 11:00 AM in Courtroom 20-C

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-9-20

SO ORDERED.

Dated:  New York, New York
        9-9-20

                        JOHN F. KEENAN
                 United States District Judge