UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
         U.S.A.

         -V-                :        #20 CR 297 (JFK)

         Ovalle
----------------------------------X

The conference, set for Thursday, October 15, 2020, has been rescheduled from 11:00 a.m. to **12:15 pm** in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

10-9-20

JOHN F. KEENAN
United States District Judge