UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
          U.S.A.

          -V-                        :        #20 CR 297 (JFK)

          Ovalle
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

The sentence set for Wednesday, January 27, 2021, has been rescheduled from 11:00 a.m. to **12:00 pm** . This sentencing will be held **in person.**

SO ORDERED.

Dated: New York, New York

1-15-21

_____
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-15-21