UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

       -V-                                 #20 Cr 297 (JFK)

       Ovalle

------------------------------X

The sentencing in this case is set for January 27, 2021 at 12:00 p.m. in Courtroom 24-B.

If the public wishes to hear this proceeding, they may call the following conference line and dial-in:

**AT&T Conference Line: 1-888-363-4749.**
**Access Code: 788 3927 #**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-27-21

SO ORDERED.

Dated: New York, New York

1-27-21

JOHN F. KEENAN
United States District Judge