```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-21-2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :   No. 20 Cr. 297 (JFK)
        -against-                   :
                                    :          ORDER
WILTON OVALLE,                      :
                                    :
                    Defendant.      :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

    The Government is directed to file a response to Defendant Wilton Ovalle's pro se motion for compassionate release, (ECF No. 40), no later than November 19, 2021, and to mail a copy to Ovalle at that time. Ovalle shall have 30 days from the date on which he receives the Government's response to file a reply, if any. Absent further order, Ovalle's motion will be considered fully submitted as of that date.

    The Court will mail a copy of this Order to Ovalle.

**SO ORDERED.**

Dated:  New York, New York
        October 21, 2021

                                                        John F. Keenan
                                       United States District Judge